UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| IN RE:  AUTOMOTIVE PARTS ANTITRUST LITIGATION | Case No. 12-md-2311<br>Hon. Marianne O. Battani |
| IN RE: AIR CONDITIONING SYSTEMS CASES | 2:13-cv-02701-MOB-MKM |
| THIS RELATES TO : DIRECT PURCHSER CASES | |

## NOTICE OF APPEARANCE

Please enter the appearance of W. Joseph Bruckner of Lockridge Grindal Nauen P.L.L.P. as counsel on behalf of Plaintiff Tiffin Motor Homes, Inc. in the above-captioned matter.

Dated: February 6, 2014           Respectfully submitted,

LOCKRIDGE GRINDAL NAUEN P.L.L.P.


s/W. Joseph Bruckner
W. Joseph Bruckner
100 Washington Avenue South, Suite 2200
Minneapolis, MN 55401
Tel:    (612) 339-6900
Fax:    (612) 339-0981
Email: wjbruckner@locklaw.com


Attorney for Plaintiff Tiffin Motor Homes, Inc.

478582.1

## **CERTIFICATE OF SERVICE**

      I hereby certify that on February 6, 2014, I electronically filed the foregoing document with the Clerk of Court using the ECF system which will send notification of such filings to all attorneys of record.

Dated: February 6, 2014                s/W. Joseph Bruckner
                                                W. Joseph Bruckner