REDACTED

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| In Re: AUTOMOTIVE PARTS ANTITRUST LITIGATION | Case No. 12-md-02311<br>Honorable Marianne O. Battani |
| In Re: AIR CONDITIONING SYSTEMS | Case No. 2:13-cv-02701 |
| THIS DOCUMENT RELATES TO:<br>ALL DIRECT PURCHASER ACTIONS | |

**JOINT MOTION TO STAY ALL PROCEEDINGS BETWEEN DIRECT PURCHASER PLAINTIFFS AND DENSO**

Direct Purchaser Plaintiffs ("DPPs") and Defendants DENSO Corporation and DENSO International America, Inc., ("DENSO") ▮▮▮▮▮ DPPs and DENSO move for an immediate stay of all proceedings ▮▮▮▮▮ (the "Stay"). The Stay would include, *inter alia*, a stay of:

- The deadline for DENSO's response to DPPs' Corrected Second Consolidated Amended Class Action Complaint (ECF Nos. 105-106); and

- Discovery as to / by DENSO.

The Stay would not apply to motions to seal and will have no effect on the proceedings between DPPs and other Defendants.

DATED: September 5, 2018

/s/ David H. Fink
David H. Fink (P28235)
Darryl Bressack (P67820)
Nathan J. Fink (P75185)
FINK + ASSOCIATES LAW
38500 Woodward Ave; Suite 350

REDACTED

                                                   Bloomfield Hills, MI 48304
                                                   (248) 971-2500

                                                 *Interim Liaison Counsel for the Direct*
                                                 *Purchaser Plaintiffs*

| | |
|---|---|
| Steven A. Kanner | Joseph C. Kohn |
| William H. London | William E. Hoese |
| Michael E. Moskovitz | Douglas A. Abrahams |
| FREED KANNER LONDON | KOHN, SWIFT & GRAF, P.C. |
|   & MILLEN LLC | 1600 Market Street; Suite 2500 |
| 2201 Waukegan Road, Suite 130 | Philadelphia, PA  19107 |
| Bannockburn, IL  60015 | Telephone:  (215) 238-1700 |
| Telephone:  (224) 632-4500 | |
| | |
| Gregory P. Hansel | Eugene A. Spector |
| Randall B. Weill | William G. Caldes |
| Michael S. Smith | Jonathan M. Jagher |
| PRETI, FLAHERTY, BELIVEAU | SPECTOR ROSEMAN & KODROFF, P.C. |
|   & PACHIOS LLP | 1818 Market Street, Suite 2500 |
| One City Center, P.O. Box 9546 | Philadelphia, PA  19103 |
| Portland, ME  04112-9546 | Telephone:  (215) 496-0300 |
| Telephone:  (207) 791-3000 | |

*Interim Lead Counsel for the Direct Purchaser Plaintiffs*


                                                 /s/ Steven F. Cherry (with consent)
                                                 Steven F. Cherry
                                                 David P. Donovan
                                                 Brian C. Smith
                                                 WILMER CUTLER PICKERING
                                                   HALE AND DORR LLP
                                                 1875 Pennsylvania Avenue NW
                                                 Washington, DC 20006
                                                 Telephone: (202) 663-6000
                                                 steven.cherry@wilmerhale.com
                                                 david.donovan@wilmerhale.com
                                                 brian.smith@wilmerhale.com

                                               *Counsel for DENSO Corporation and*
                                               *DENSO International America, Inc*

REDACTED

        Steven M. Zarowny (P33362)
        General Counsel
        DENSO International America, Inc.
        24777 Denso Drive
        Southfield, MI 48033
        Telephone:  (248) 372-8252
        steve_zarowny@denso-diam.com

*Attorney for Defendant DENSO International America, Inc.*

REDACTED

## CERTIFICATE OF SERVICE

I hereby certify that on September 5, 2018, I electronically filed the foregoing paper with the Clerk of the court using the ECF system which will send notification of such filing to all counsel of record registered for electronic filing.

                FINK + ASSOCIATES LAW

                By: /s/Nathan J. Fink
                David H. Fink (P28235)
                Darryl Bressack (P67820)
                Nathan J. Fink (P75185)
                38500 Woodward Ave; Suite 350
                Bloomfield Hills, MI 48304
                (248) 971-2500
                nfink@finkandassociateslaw.com