UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____ )
                                 )
IN RE: AUTOMOTIVE PARTS          )   Master File No. 12-md-02311
  ANTITRUST LITIGATION           )   Honorable Marianne O. Battani
_____ )
                                 )
IN RE: AIR CONDITIONING SYSTEMS  )
                                 )
_____ )
                                 )
THIS RELATES TO:                 )
                                 )
Direct Purchaser Actions         )   2:13-cv-02701-MOB-MKM
_____ )

**STIPULATION AND ORDER AMENDING
TIME TO RESPOND TO COMPLAINT**

So as to preserve both party and judicial resources, Direct Purchaser Plaintiffs ("Plaintiffs"), as well as all Defendants in *In re AC Systems Direct Purchaser Actions*, Case No. 2:13-cv-02701 ("Action"), stipulate to the following:

1. Counsel, on behalf of Defendants, accepts service of the Second Consolidated Amended Class Action Complaint (ECF No. 106) filed in this Action in satisfaction of the requirements of Fed. R. Civ. P. 4.

2. Unless otherwise modified by a case management order entered in this Action, Defendants shall, as permitted by Fed. R. Civ. P. 12, answer, move, or otherwise respond to the Second Consolidated Amended Class Action Complaint within sixty (60) days after the granting of this stipulation by this Court.

3. Plaintiffs' Responses to Rule 12 Motions, if any, are due within sixty (60) days of the date the Rule 12 Motions are filed. Defendants' Replies to Responses, if any, are due within forty-five (45) days of the date the Responses are filed.

4. All Motions, Responses, and Replies filed pursuant to this Stipulation are subject to the page limits set forth in the Court's Case Management Order entered on December 2, 2016, Case No. 12-md-2311 (ECF No. 1545).

5. Entry of this Stipulation shall not constitute a waiver of any defenses by Stipulating Defendants other than sufficiency of service, including but not limited to: (a) any jurisdictional defenses that may be available under Rule 12 of the Federal Rules of Civil Procedure; (b) any affirmative defenses under Rule 8 of the Federal Rules of Civil Procedure; or (c) any other statutory or common law defenses that may be available to Stipulating Defendants in this Action or any other related actions. Stipulating Defendants expressly reserve their right to raise any such defenses (or any other defense) in response to (a) the current Complaint or any amended and/or consolidated complaint that may be filed on behalf of any direct purchaser plaintiff and/or (b) any complaint that may be filed in any related action. This Stipulation is not intended to change the provisions of Fed. R. Civ. P. 12(b) requiring the filing of Motions to Dismiss before responsive pleadings.

6. Entry of this Stipulation shall confirm that *Tiffin Motor Homes, Inc. v. Sanden Corp.*, Case No. 2:17-cv-12540, has been consolidated under this Action (Case No. 2:13-cv-02701), and that Defendants do not need to respond to the complaints filed in the original actions, including the complaint filed in Case No. 2:17-cv-12540.

**IT IS SO ORDERED**.

Date: September 10, 2018    s/Marianne O. Battani
    MARIANNE O. BATTANI
    United States District Judge

**STIPULATED TO AND APPROVED BY:**

July 27, 2018                                     /s/ *David H. Fink (with consent)*
                                                  David H. Fink (P28235)
                                                  Darryl Bressack (P67820)
                                                  Nathan J. Fink (P75185)
                                                  FINK + ASSOCIATES LAW
                                                  38500 Woodward Ave; Suite 350
                                                  Bloomfield Hills, MI 48304
                                                  (248) 971-2500

                                                  *Interim Liaison Counsel for the Direct*
                                                  *Purchaser Plaintiffs*

Steven A. Kanner                                  Joseph C. Kohn
William H. London                                 William E. Hoese
Michael E. Moskovitz                              Douglas A. Abrahams
FREED KANNER LONDON                               KOHN, SWIFT & GRAF, P.C.
& MILLEN LLC                                      1600 Market Street, Suite 2500
2201 Waukegan Road, Suite 130                     Philadelphia, PA 19107
Bannockburn, IL 60015                             Telephone: (215) 238-1700
Telephone: (224) 632-4500

Gregory P. Hansel                                 Eugene A. Spector
Randall B. Weill                                  William G. Caldes
Michael S. Smith                                  Jonathan M. Jagher
PRETI, FLAHERTY, BELIVEAU                         SPECTOR ROSEMAN & KODROFF, P.C.
& PACHIOS LLP                                     1818 Market Street, Suite 2500
One City Center, P.O. Box 9546                    Philadelphia, PA 19103
Portland, ME 04112-9546                           Telephone: (215) 496-0300
Telephone: (207) 791-3000

*Interim Lead Counsel for the Direct Purchaser Plaintiffs*

July 27, 2018                                     /s/ *Jeffrey J. Amato*
                                                  Jeffrey L. Kessler
                                                  Eva W. Cole
                                                  Jeffrey J. Amato
                                                  Erica C. Smilevski
                                                  **WINSTON & STRAWN LLP**
                                                  200 Park Avenue
                                                  New York, NY 10166-4193
                                                  Telephone: (212) 294-6700
                                                  jkessler@winston.com
                                                  ewcole@winston.com

|  |  |
|---|---|
|  | jamato@winston.com |
|  | esmilevski@winston.com |
|  |  |
|  | Brandon W. Duke |
|  | **WINSTON & STRAWN LLP** |
|  | 1111 Louisiana Street, 25th Floor |
|  | Houston, TX 77002 |
|  | Telephone: (713) 651-2636 |
|  | bduke@winston.com |
|  |  |
|  | *Counsel for Defendants Panasonic Corporation and Panasonic Corporation of North America* |
| July 27, 2018 | /s/ *Steven A. Reiss (with consent)* |
|  | Steven A. Reiss |
|  | Adam C. Hemlock |
|  | Lara E. Veblen Trager |
|  | **WEIL, GOTSHAL & MANGES LLP** |
|  | 767 Fifth Avenue |
|  | New York, New York 10153 |
|  | Telephone: (212) 310-8000 |
|  | Facsimile: (212) 310-8007 |
|  | steven.reiss@weil.com |
|  | adam.hemlock@weil.com |
|  | lara.trager@weil.com |
|  |  |
|  | *Counsel for Defendants Calsonic Kansei Corporation and CalsonicKansei North America, Inc.* |
| July 27, 2018 | /s/ *J. David Rowe (with consent)* |
|  | J. David Rowe |
|  | Millicent Lundburg |
|  | **DUBOIS, BRYANT & CAMPBELL, LLP** |
|  | Colorado Tower |
|  | 303 Colorado, Suite 2300 |
|  | Austin, Texas 78701 |
|  | (512) 457-8000 |
|  | (512) 457-8008 (fax) |
|  | drowe@dbcllp.com |
|  | mlundburg@dbcllp.com |
|  |  |
|  | Robert E. Linkin |
|  | **DUGGINS WREN MANN & ROMERO, LLP** |

600 Congress Avenue, Ste. 1900
P. O. Box 1149
Austin, Texas 78767-1149
512-744-9300 tel.
512-744-9399 fax.
rlinkin@dwmrlaw.com

Bradley J. Schram (P26337)
Matthew J. Turchyn (P76482)
**HERTZ SCHRAM PC**
1760 South Telegraph Road, Suite 300
Bloomfield Hills, MI 48302
(248) 335-5000
bschram@hertzschram.com
mturchyn@hertzschram.com

*Attorneys for Defendants Sanden Corporation; Sanden Automotive Climate Systems Corp.; Sanden Automotive Components Corp.; and Sanden International (USA), Inc.*

July 27, 2018

/s/ *Michael F. Tubach (with consent)*
Michael F. Tubach
**O'MELVENY & MYERS LLP**
Two Embarcadero Center, 28th Floor
San Francisco, CA 94111-3823
Telephone: (415) 984-8700
Facsimile: (415)984-8701 (facsimile)
mtubach@omm.com

*Counsel for Defendants MAHLE Behr GmbH & Co. KG and MAHLE Behr USA Inc.*

July 27, 2018

/s/ *William Monts (with consent)*
William Monts
Benjamin F. Holt
**HOGAN LOVELLS US LLP**
555 Thirteenth Street NW
Washington, D.C. 20004
Telephone: (202) 637-5600
Facsimile: (202) 637-5910
benjamin.holt@hoganlovells.com
william.monts@hoganlovells.com

        Scott T. Seabolt
        **SEABOLT LAW FIRM**
        17199 N. Laurel Park Drive
        Suite 215
        Livonia, MI  48152
        (248) 717-1302
        sseabolt@seaboltpc.com

*Counsel for Defendants Mitsubishi Heavy Industries America, Inc.; Mitsubishi Heavy Industries Climate Control, Inc.; and Mitsubishi Heavy Industries, Ltd.*