UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| IN RE AUTOMOTIVE PARTS ANTITRUST LITIGATION | CASE NO. 12-MD-02311<br>HON. MARIANNE O. BATTANI |
| In Re: AIR CONDITIONING SYSTEMS | |
| THIS RELATES TO:<br>ALL DIRECT PURCHASER ACTIONS | 2:13-cv-02701-MOB-MKM |

**SETTLEMENT CLASS COUNSEL'S REPORT ON DISSEMINATION OF NOTICE OF PROPOSED SETTLEMENT WITH VALEO DEFENDANTS AND CLASS MEMBERS' RESPONSE**

**INDEX OF EXHIBITS**

Ex. 1    Declaration of Ryan Kao Re Dissemination of Notice of Proposed Settlement With Valeo Defendants

Ex. 2    Requests for Exclusion from the Direct Purchaser Valeo Settlement Class