# EXHIBIT 2

# EXHIBIT 2

## AUTOMOTIVE PARTS ANTITRUST LITIGATION, 12-MD-02311, <u>AIR CONDITIONING SYSTEMS, 2:13-CV-02701-MOB-MKM</u>

### REQUESTS FOR EXCLUSION FROM THE DIRECT PURCHASER VALEO SETTLEMENT CLASS

1. FORD MOTOR COMPANY and its wholly-owned divisions, subsidiaries and affiliates

2. GENERAL MOTORS LLC, GENERAL MOTORS COMPANY, GENERAL MOTORS HOLDINGS LLC and their subsidiaries and majority-owned affiliates

3. DAIMLER AG

4. DAIMLER TRUCKS NORTH AMERICA LLC, formerly known as Freightliner Corporation and Freightliner LLC

5. MERCEDES-BENZ U.S. INTERNATIONAL, INC.

6. NISSAN NORTH AMERICA, INC.

7. BMW MANUFACTURING CO. LLC, BMW CONSOLIDATION SERVICES CO. LLC