**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

| | |
|---|---|
| IN RE AUTOMOTIVE PARTS ANTITRUST LITIGATION | Master File No. 12-md-02311<br>Honorable Marianne O. Battani |
| IN RE AIR CONDITIONING SYSTEMS | 2:13-cv-02701-MOB-MKM |
| THIS DOCUMENT RELATES TO:<br>DIRECT PURCHASER PLAINTIFF ACTIONS | |

**CORRECTED STIPULATION AND ORDER REGARDING
EXTENSION OF TIME TO RESPOND TO PLAINTIFFS' COMPLAINT**

WHEREAS, Direct Purchaser Plaintiffs ("Plaintiffs") filed a Second Consolidated Amended Class Action Complaint, ECF No. 105, (the "Complaint") in *In re AC Systems Direct Purchaser Actions*, Case No. 2:13-cv-02701 ("Action") against the Defendants in that Action, including Mitsubishi Heavy Industries, Ltd.; Mitsubishi Heavy Industries Climate Control, Inc.; and Mitsubishi Heavy Industries America, Inc. (the "Mitsubishi Defendants"); and Sanden Corporation; Sanden Automotive Climate Systems Corp.; Sanden Automotive Components Corp.; and Sanden International (USA), Inc. (the "Sanden Defendants"); and Panasonic Corporation and Panasonic Corporation of North America (the "Panasonic Defendants"); and MAHLE Behr GmbH & Co. KG and MAHLE Behr USA Inc. (the "MAHLE Behr Defendants"); and

WHEREAS the Plaintiffs and certain Defendants executed and filed on July 27, 2018 a Stipulation and Order Amending Time to Respond to Complaint (the "Initial Stipulation"); and

WHEREAS, the Initial Stipulation provides that the stipulating Defendants shall answer, move, or otherwise respond to the Complaint within sixty (60) days after the granting of the Initial Stipulation by the Court, or by November 9, 2018; and

NOW, THEREFORE, Plaintiffs and the Mitsubishi Defendants, the Sanden Defendants, the Panasonic Defendants, and the MAHLE Behr Defendants, by and through their undersigned counsel, hereby stipulate and agree to the following:

1. The time for the Mitsubishi Defendants, the Sanden Defendants, the Panasonic Defendants, and the MAHLE Behr Defendants to respond by answer to the Complaint shall be extended until December 10, 2018.

**IT IS SO ORDERED.**

Date: December 10, 2018                         s/Marianne O. Battani
                                                MARIANNE O. BATTANI
                                                United States District Judge

**STIPULATED TO AND APPROVED BY:**

Dated: November 9, 2018   /s/ *William Monts*
Benjamin F. Holt
William Monts
**HOGAN LOVELLS US LLP**
555 Thirteenth Street NW
Washington, D.C. 20004
Telephone: (202) 637-5600
Facsimile: (202) 637-5910
benjamin.holt@hoganlovells.com
william.monts@hoganlovells.com

Scott T. Seabolt
**SEABOLT LAW FIRM**
17199 N. Laurel Park Drive
Suite 215
Livonia, MI  48152
(248) 717-1302
sseabolt@seaboltpc.com

*Counsel for Mitsubishi Heavy Industries America, Inc.; Mitsubishi Heavy Industries, Ltd.; and Mitsubishi Heavy Industries Climate Control, Inc.*

Dated: November 9, 2018   /s/ *Jeffrey J. Amato* (with consent)
Jeffrey L. Kessler
Eva W. Cole
Jeffrey J. Amato
Erica C. Smilevski
**WINSTON & STRAWN LLP**
200 Park Avenue
New York, NY 10166-4193
Telephone: (212) 294-6700
jkessler@winston.com
ewcole@winston.com
jamato@winston.com
esmilevski@winston.com

Brandon W. Duke
**WINSTON & STRAWN LLP**
1111 Louisiana Street, 25th Floor
Houston, TX 77002
Telephone: (713) 651-2636
bduke@winston.com

*Counsel for Defendants Panasonic Corporation and Panasonic Corporation of North America*

Dated: November 9, 2018

/s/ *J. David Rowe* (with consent)
J. David Rowe
Millicent Lundburg
**DUBOIS, BRYANT & CAMPBELL, LLP**
Colorado Tower
303 Colorado, Suite 2300
Austin, Texas 78701
(512) 457-8000
(512) 457-8008 (fax)
drowe@dbcllp.com
mlundburg@dbcllp.com

Robert E. Linkin
**DUGGINS WREN MANN & ROMERO, LLP**
600 Congress Avenue, Ste. 1900
P. O. Box 1149
Austin, Texas 78767-1149
512-744-9300 tel.
512-744-9399 fax.
rlinkin@dwmrlaw.com

Bradley J. Schram (P26337)
Matthew J. Turchyn (P76482)
**HERTZ SCHRAM PC**
1760 South Telegraph Road, Suite 300
Bloomfield Hills, MI 48302
(248) 335-5000
bschram@hertzschram.com
mturchyn@hertzschram.com

*Attorneys for Defendants Sanden Corporation; Sanden Automotive Climate Systems Corp.; Sanden Automotive Components Corp.; and Sanden International (USA), Inc.*

Dated: November 9, 2018

/s/ *Michael F. Tubach* (with consent)
Michael F. Tubach
**O'MELVENY & MYERS LLP**
Two Embarcadero Center, 28th Floor
San Francisco, CA 94111-3823

Telephone: (415) 984-8700
Facsimile: (415)984-8701 (facsimile)
mtubach@omm.com

*Counsel for Defendants MAHLE Behr GmbH & Co. KG and MAHLE Behr USA Inc.*

Dated: November 9, 2018                /s/ *David H. Fink* (with consent)
                                       David H. Fink (P28235)
                                       Darryl Bressack (P67820)
                                       Nathan J. Fink (P75185)
                                       FINK + ASSOCIATES LAW
                                       38500 Woodward Ave; Suite 350
                                       Bloomfield Hills, MI 48304
                                       (248) 971-2500

                                       *Interim Liaison Counsel for the Direct Purchaser Plaintiffs*

                                       Steven A. Kanner
                                       William H. London
                                       Michael E. Moskovitz
                                       FREED KANNER LONDON & MILLEN LLC
                                       2201 Waukegan Road, Suite 130
                                       Bannockburn, IL 60015
                                       Telephone: (224) 632-4500

                                       Joseph C. Kohn
                                       William E. Hoese
                                       Douglas A. Abrahams
                                       KOHN, SWIFT & GRAF, P.C.
                                       1600 Market Street, Suite 2500
                                       Philadelphia, PA 19107
                                       Telephone: (215) 238-1700

                                       Gregory P. Hansel
                                       Randall B. Weill
                                       Michael S. Smith
                                       PRETI, FLAHERTY, BELIVEAU & PACHIOS LLP
                                       One City Center, P.O. Box 9546
                                       Portland, ME 04112-9546
                                       Telephone: (207) 791-3000

                                       Eugene A. Spector
                                       William G. Caldes
                                       Jonathan M. Jagher
                                       SPECTOR ROSEMAN & KORDROFF, P.C.
                                       1818 Market Street, Suite 2500
                                       Philadelphia, PA 19103
                                       Telephone: (215) 496-0300

*Interim Lead Counsel for the Direct Purchaser Plaintiffs*