**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

| | |
|---|---|
| IN RE AUTOMOTIVE PARTS ANTITRUST LITIGATION | Master File No. 12-md-02311<br>Honorable Marianne O. Battani |
| IN RE AIR CONDITIONING SYSTEMS | 2:13-cv-02701-MOB-MKM |
| THIS DOCUMENT RELATES TO:<br>DIRECT PURCHASER PLAINTIFF ACTIONS | |

**THIRD STIPULATION AND ORDER REGARDING**
**EXTENSION OF TIME TO RESPOND TO PLAINTIFFS' COMPLAINT**

WHEREAS, Direct Purchaser Plaintiffs ("Plaintiffs") filed a Second Consolidated Amended Class Action Complaint, ECF No. 105, (the "Complaint") in *In re AC Systems Direct Purchaser Actions*, Case No. 2:13-cv-02701 ("Action") against the Defendants in that Action, including Mitsubishi Heavy Industries, Ltd.; Mitsubishi Heavy Industries Climate Control, Inc.; and Mitsubishi Heavy Industries America, Inc. (the "Mitsubishi Defendants"); and Sanden Corporation; Sanden Automotive Climate Systems Corp.; Sanden Automotive Components Corp.; and Sanden International (USA), Inc. (the "Sanden Defendants"); and Panasonic Corporation and Panasonic Corporation of North America (the "Panasonic Defendants"); and MAHLE Behr GmbH & Co. KG and MAHLE Behr USA Inc. (the "MAHLE Behr Defendants"); and

WHEREAS the Plaintiffs and Defendants executed and filed on July 27, 2018 a Stipulation and Order Amending Time to Respond to Complaint (the "Initial Stipulation"); and

WHEREAS, the Initial Stipulation provides that the Defendants shall answer, move, or otherwise respond to the Complaint within sixty (60) days after the granting of the Initial Stipulation by the Court, or by November 9, 2018; and

WHEREAS, the Plaintiffs and Defendants executed and filed a second Stipulation and Proposed Order Regarding Extension of Time to Respond to Plaintiffs' Complaint on November 9, 2018, extending the time to respond to December 10, 2018; and

NOW, THEREFORE, Plaintiffs and the Defendants, by and through their undersigned counsel, hereby stipulate and agree to the following:

1. The time for the Defendants to respond by answer to the Complaint shall be extended until January 10, 2019.

**IT IS SO ORDERED.**

Date: December 10, 2018                             s/Marianne O. Battani
                                                                    MARIANNE O. BATTANI
                                                                    United States District Judge

**STIPULATED TO AND APPROVED BY:**

Dated: December 10, 2018  /s/ *Jeffrey J. Amato*
Jeffrey L. Kessler
Eva W. Cole
Jeffrey J. Amato
Erica C. Smilevski
**WINSTON & STRAWN LLP**
200 Park Avenue
New York, NY 10166-4193
Telephone: (212) 294-6700
jkessler@winston.com
ewcole@winston.com
jamato@winston.com
esmilevski@winston.com

Brandon W. Duke
**WINSTON & STRAWN LLP**
1111 Louisiana Street, 25th Floor
Houston, TX 77002
Telephone: (713) 651-2636
bduke@winston.com

*Counsel for Defendants Panasonic Corporation and Panasonic Corporation of North America*

Dated: December 10, 2018  /s/ *William Monts (with consent)*
William Monts
Benjamin F. Holt
**HOGAN LOVELLS US LLP**
555 Thirteenth Street NW
Washington, D.C. 20004
Telephone: (202) 637-5600
Facsimile: (202) 637-5910
benjamin.holt@hoganlovells.com
william.monts@hoganlovells.com

Scott T. Seabolt
**SEABOLT LAW FIRM**
17199 N. Laurel Park Drive
Suite 215
Livonia, MI  48152
(248) 717-1302
sseabolt@seaboltpc.com

*Counsel for Mitsubishi Heavy Industries America, Inc.; Mitsubishi Heavy Industries, Ltd.; and Mitsubishi Heavy Industries Climate Control, Inc.*

Dated: December 10, 2018

/s/ *J. David Rowe* (with consent)
J. David Rowe
Millicent Lundburg
**DUBOIS, BRYANT & CAMPBELL, LLP**
Colorado Tower
303 Colorado, Suite 2300
Austin, Texas 78701
(512) 457-8000
(512) 457-8008 (fax)
drowe@dbcllp.com
mlundburg@dbcllp.com

Robert E. Linkin
**DUGGINS WREN MANN & ROMERO, LLP**
600 Congress Avenue, Ste. 1900
P. O. Box 1149
Austin, Texas 78767-1149
512-744-9300 tel.
512-744-9399 fax.
rlinkin@dwmrlaw.com

Bradley J. Schram (P26337)
Matthew J. Turchyn (P76482)
**HERTZ SCHRAM PC**
1760 South Telegraph Road, Suite 300
Bloomfield Hills, MI 48302
(248) 335-5000
bschram@hertzschram.com
mturchyn@hertzschram.com

*Attorneys for Defendants Sanden Corporation; Sanden Automotive Climate Systems Corp.; Sanden Automotive Components Corp.; and Sanden International (USA), Inc.*

Dated: December 10, 2018

/s/ *Michael F. Tubach* (with consent)
Michael F. Tubach
**O'MELVENY & MYERS LLP**
Two Embarcadero Center, 28th Floor

San Francisco, CA 94111-3823
Telephone: (415) 984-8700
Facsimile: (415)984-8701 (facsimile)
mtubach@omm.com

*Counsel for Defendants MAHLE Behr GmbH & Co. KG and MAHLE Behr USA Inc.*

Dated: December 10, 2018  /s/ *David H. Fink* (with consent)
David H. Fink (P28235)
Darryl Bressack (P67820)
Nathan J. Fink (P75185)
FINK + ASSOCIATES LAW
38500 Woodward Ave; Suite 350
Bloomfield Hills, MI 48304
(248) 971-2500

*Interim Liaison Counsel for the Direct Purchaser Plaintiffs*

Steven A. Kanner
William H. London
Michael E. Moskovitz
FREED KANNER LONDON & MILLEN LLC
2201 Waukegan Road, Suite 130
Bannockburn, IL 60015
Telephone: (224) 632-4500

Joseph C. Kohn
William E. Hoese
Douglas A. Abrahams
KOHN, SWIFT & GRAF, P.C.
1600 Market Street, Suite 2500
Philadelphia, PA 19107
Telephone: (215) 238-1700

Gregory P. Hansel
Randall B. Weill
Michael S. Smith
PRETI, FLAHERTY, BELIVEAU & PACHIOS LLP
One City Center, P.O. Box 9546
Portland, ME 04112-9546
Telephone: (207) 791-3000

Eugene A. Spector
William G. Caldes
Jonathan M. Jagher
SPECTOR ROSEMAN & KORDROFF, P.C.
1818 Market Street, Suite 2500
Philadelphia, PA 19103
Telephone: (215) 496-0300

*Interim Lead Counsel for the Direct Purchaser Plaintiffs*