**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

| | |
|---|---|
| **IN RE AUTOMOTIVE PARTS ANTITRUST LITIGATION** | **CASE NO. 12-MD-02311**<br>**HON. SEAN F. COX** |
| **In Re: AIR CONDITIONING SYSTEMS** | |
| **THIS RELATES TO:**<br>**ALL DIRECT PURCHASER ACTIONS** | **2:13-cv-02701 SFC-MKM** |

**ORDER APPROVING PROPOSED PLAN FOR**
**DISTRIBUTION OF SETTLEMENT FUNDS**

AND NOW, this 10th day of November, 2020, upon consideration of Direct Purchaser Plaintiff's Proposed Plan for Distribution of Settlement Funds received in settlements with the Calsonic, DENSO, MAHLE Behr, MHI, Panasonic, Sanden, and VALEO Defendants (the "Air Conditioning Systems Settlement Fund"), and following a duly noticed hearing on November 5, 2020, it is hereby ORDERED as follows:

1. The Court approves the Plan for Distribution of Settlement Funds set forth in the Notice of Proposed Settlements of Direct Purchaser Class Action with the MHI and Sanden Defendants and Hearing on Settlement Approval and Related Matters, and Claim Form, as a fair and reasonable method to calculate claims and to distribute the Air Conditioning Systems Settlement Fund to Settlement Class members.

2. The Air Conditioning Systems Settlement Fund, with accrued interest, less any amounts approved by the Court for payment of attorneys' fees, litigation and administration costs and expenses, and a service award for the Class Representative will be distributed *pro rata* among the members of the Settlement Classes who submit timely and valid Claim Forms. If a

settlement class member excludes itself from one or more of the settlements, it shall not receive a share of any settlement from which it opted out.

**IT IS SO ORDERED.**

Dated: November 10, 2020  s/Sean F. Cox
  Sean F. Cox
  U. S. District Judge