**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

|  |  |  |
|---|---|---|
| IN RE AUTOMOTIVE PARTS ANTITRUST LITIGATION | : | CASE NO. 12-MD-02311 |
|  | : | HON. F. KAY BEHM |
| IN RE: AIR CONDITIONING SYSTEMS | : | 2:13-cv-02701-FKB-RSW |
|  | : |  |
| THIS RELATES TO ALL DIRECT PURCHASER ACTIONS | : | : |

**ORDER AUTHORIZING DISPOSITION OF SETTLEMENT FUND**
**BALANCE AND TERMINATION OF LITIGATION**

AND NOW, this 6th day of March, 2026, upon consideration of Plaintiffs' Motion for Orders Authorizing Disposition of Settlement Fund Balances and Termination of Litigation, the Memorandum in Support thereof, and the entire record in this matter, it is hereby ORDERED as follows:

1.      Settlement Class Counsel are authorized to disburse the balance of the Settlement Fund, including any additional accrued interest and tax refunds, but less any additional unforeseen expenses and costs related to settlement and claims administration, and any tax payments, to the Federal Bar Foundation of Detroit.

2.      All Settlement Class members, whether or not they filed a claim or received payment from the Settlement Fund, are barred from making any further claims against the Settlement Fund.

3.      After a minimum of one year following entry of this Order, Settlement Class Counsel and Epiq Class Action & Claims Solutions may destroy all claim forms, related

correspondence, and other materials relating to the administration of the settlements or distribution of the Settlement Fund.

4.     Settlement Class Counsel are hereby discharged from all further responsibility for the Settlement Fund and for this litigation upon compliance with this Order.

**IT IS SO ORDERED.**

Dated: March 6, 2026

s/F. Kay Behm
F. Kay Behm
United States District Judge